Case: 3:03-cv-00142-WHR-MRM Doc #: 63-1 Filed: 08/16/04 Page: 1 of 1 PAGEID #: 2171

PC Computing

# HOW COMPUTERS WORK

RON WHITE

Illustrated by TIMOTHY EDWARD DOWNS

NATIONAL • BESTSELLER •

