Case: 3:03-cv-00142-WHR-MRM Doc #: 63-2 Filed: 08/16/04 Page: 1 of 1 PAGEID #: 2172

| | |
|---|---|
| Editor | Melinda E. Levine |
| Project Coordinator | Ami Knox |
| Technical Reviewer | John Rizzo |
| Proofreader | Kayla Sussell |
| Cover Designers | Timothy Edward Downs and Carrie English |
| Book Designer | Carrie English |
| Principal Technical Illustrator | Timothy Edward Downs |
| Additional Technical Illustrators | Carrie English, Cherie Plumlee Computer Graphics & Illustration, and Michael Troller |
| Page Layout Artists | Carrie English and Bruce Lundquist |
| Digital Prepress Specialist | Joe Schneider |
| Word Processor | Cat Haglund |
| Indexer | David Heiret |

This book was produced on a Macintosh Quadra 900 and a IIfx, with the following applications: Adobe Illustrator®, QuarkXPress®, Microsoft Word®, MacLink® *Plus*, Adobe Photoshop™, FrameMaker®, Aldus® FreeHand™, and Collage Plus™.

Ziff-Davis Press
5903 Christie Avenue
Emeryville, CA 94608
1-800-688-0448

Copyright © 1993 by Ziff-Davis Press. All rights reserved.
*PC/Computing How Computers Work*
FIRST IN A SERIES

Ziff-Davis Press, ZD Press, and PC/Computing are trademarks of Ziff Communications Company.

All other product names and services identified throughout this book are trademarks or registered trademarks of their respective companies. They are used throughout this book in editorial fashion only and for the benefit of such companies. No such uses, or the use of any trade name, is intended to convey endorsement or other affiliation with the book.

No part of this publication may be reproduced in any form, or stored in a database or retrieval system, or transmitted or distributed in any form by any means, electronic, mechanical photocopying, recording, or otherwise, without the prior written permission of Ziff-Davis Press, except as permitted by the Copyright Act of 1976.

THE INFORMATION AND MATERIAL CONTAINED IN THIS BOOK ARE PROVIDED "AS IS," WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY CONCERNING THE ACCURACY, ADEQUACY, OR COMPLETENESS OF SUCH INFORMATION OR MATERIAL OR THE RESULTS TO BE OBTAINED FROM USING SUCH INFORMATION OR MATERIAL. NEITHER ZIFF-DAVIS PRESS NOR THE AUTHOR SHALL BE RESPONSIBLE FOR ANY CLAIMS ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER INACCURACIES IN THE INFORMATION OR MATERIAL CONTAINED IN THIS BOOK, AND IN NO EVENT SHALL ZIFF-DAVIS PRESS OR THE AUTHOR BE LIABLE FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OF SUCH INFORMATION OR MATERIAL.

ISBN 1-56276-094-7

Manufactured in the United States of America

10 9 8