Case: 3:03-cv-00142-WHR-MRM Doc #: 63-3 Filed: 08/16/04 Page: 1 of 2 PAGEID #: 2173



OVERVIEW

AS INTELLIGENT AND SWIFT as a computer's memory may be, RAM has one fatal flaw. It is a will-o'-the wisp. With a few exceptions, all memory chips lose the information stored in them once you turn off the computer. All the work you've put into figuring out next year's budget, creating account billings, or writing the great American sitcom will vanish if the electricity constantly stoking the RAM chips' transistors falters for even a fraction of a second.

Fortunately, there are several ways to provide permanent storage for a computer's programs and the work they generate—storage that stays intact even when the power is turned off. The most common form of permanent storage is magnetic disks—both the floppy and hard variety. Magnetic storage is also used in the form of tape drives—a method of permanent storage that's been around almost as long as the first computers. Gaining popularity are new devices that use lasers to store or retrieve data. And recently, computer manufacturers have made strides toward creating nonvolatile memory chips that, unlike their more common RAM chip cousins, don't lose their contents when you turn off your PC because they have their own built-in power supplies. All of these methods of permanently storing data have their advantages and disadvantages.

Floppy disks are universal, portable, and inexpensive but lack both large capacity and speed. Hard disks are probably the best all-around storage medium. They store and retrieve data quickly, have the capacity to save several volumes of data, and are inexpensive on a cost-per-megabyte basis. But hard disks are generally not portable except for newer versions available at higher cost. Tape drives provide virtually endless off-line storage at low cost, but they are too slow to use as anything other than a backup medium.

Some of the newer forms of storage serve PC users who need to store enormous quantities of data. CD-ROM drives can pack up to 500 megabytes of data on a disk identical to the laser compact disks that play music, and CD-ROM disks are cheap to produce. But they are read-only devices, which means that you can only use the data that was stored on them when they were created; you can't use compact disks to store

your own data. Magneto-optical drives, like CD-ROMs, use lasers to read data but have the advantage that they can also write data. They are fast, portable, and have generous storage capacities, but only recently has their cost dropped low enough to make them common.

Two types of memory chips retain their information once a computer is turned off. EPROMs (for Erasable Programmable Read-Only Memory) are found in nearly every personal computer. They are the chips that supply boot-up information to the PC. But they are slow, and their data can be changed only by exposing them first to ultraviolet light. Flash RAM chips, which combine the writability and much of the speed of conventional RAM chips with the ability to retain data when the main power source is turned off, promise to be in common use in the future and may turn out to be the ideal permanent storage medium. But for now, they are too expensive to completely replace hard disks.

Despite the different technologies behind these methods of storage, they all have in common a similar notation for recording data and a similar system for filing that information so that it can be found again. Permanent data storage is similar in concept to paper filing systems. Paper files may be handwritten or typed, but they are all in the same language. And just as paper files thrown willy-nilly into file cabinets would be impossible to retrieve easily and quickly, electronic files to be retrieved must be stored, too, in an orderly and sensible system and in a common language.

In this part of the book, we'll look at how various forms of permanent storage solve the task of saving data so that it can easily be found again, and how different storage devices write and retrieve that data.