Mc Graw Hill

"The Most Comprehensive A-Z Computer Reference Available"

# Computer Desktop Encyclopedia

9TH EDITION



## FREE CD-ROM

INCLUDES THOUSANDS OF EXPANDED DEFINITIONS AND ILLUSTRATIONS!

- More than 10,000 terms clearly and accurately defined
- Hundreds of illustrations help explain devices and clarify concepts
- Covers emerging trends and topics to keep you on top of the latest developments in computing
- More than 5,000 *additional* definitions on CD!



**Alan Freedman**

President of The Computer Language Company

OSBORNE McGraw Hill

Osborne/**McGraw-Hill**
2600 Tenth Street
Berkeley, California 94710
U.S.A.

To arrange bulk purchase discounts for sales promotions, premiums, or fund-raisers, please contact Osborne/**McGraw-Hill** at the above address. For information on translations or book distributors outside the U.S.A., please see the International Contact Information page at the end of this book.

**Computer Desktop Encyclopedia, Ninth Edition**

Copyright © 2001 by The Computer Language Company. All rights reserved. Printed in the United States of America. Except as permitted under the Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher, with the exception that the program listings may be entered, stored, and executed in a computer system, but they may not be reproduced for publication.

234567890 DOC DOC 0198765432

Book p/n 0-07-219307-7 and CD p/n 0-07-219308-5
parts of
ISBN 0-07-219306-9

**Publisher**
Brandon A. Nordin

**Vice President & Associate Publisher**
Scott Rogers

**Editorial Director**
Roger Stewart

**Senior Project Editor**
Pamela Woolf

**Proofreaders**
Linda Medoff, Paul Medoff

**Computer Designers**
Lauren McCarthy, Tabitha Cagan

**Illustrators**
Lyssa Wald, Michael Mueller

**Series Design**
Peter F. Hancik

**Cover Design**
Greg Scott

**Cover Illustration**
John Bleck

This book was composed with Corel VENTURA™ Publisher.

Information has been obtained by Osborne/**McGraw-Hill** from sources believed to be reliable. However, because of the possibility of human or mechanical error by our sources, Osborne/**McGraw-Hill**, or others, Osborne/**McGraw-Hill** does not guarantee the accuracy, adequacy, or completeness of any information and is not responsible for any errors or omissions or the results obtained from use of such information.

Case: 3:03-cv-00142-WHR-MRM Doc #: 63-4 Filed: 08/16/04 Page: 3 of 5 PAGEID #: 2177



**epoch date** The starting point from which time is measured as the number of days, minutes, etc., from that time.

**EPP** (1) (Enhanced Parallel Port) See *IEEE 1284.*
(2) (Ethernet Packet Processor) A chip from Kalpana, Inc., Santa, Clara, CA, that doubles speed of Ethernet transmission to 20Mbits/sec.

**EPROM** (Erasable Programmable ROM) A programmable and reusable chip that holds its content until erased under ultraviolet light. EPROMS have a lifespan of a few hundred write cycles. EPROMS are expected to eventually give way to flash memory. See *EPROM programmer.*

E

**EPROM programmer** A device that writes instructions and data into EPROM chips. Some earlier units were capable of programming both PROMs and EPROMs.

**EPS** (Encapsulated PostScript) A PostScript file format used to transfer a graphic image between applications and platforms. EPS files contain PostScript code in ASCII text, as well as an optional preview image in TIFF, WMF, PICT or EPSI format (EPSI is also ASCII). Adobe Illustrator has its own variation of EPS, therefore, both Illustrator EPS and standard EPS files are in use.

The typical use of EPS would be to export an illustration created in a drawing program to an EPS file and to import it into a page layout program. Using the preview image, the illustration then could be scaled to fit the page design requirements. The document and embedded EPS images would be saved in the native format of the page layout program (PageMaker, QuarkXPress, etc.) and then printed on a local printer or "printed to disk" as a standard PostScript file for input to an imagesetter.

EPS files are considerably larger than most other graphics file formats; however, since they are text files, they will compress to about a quarter of their original size. See *EPSI.*

**EPSF** (Encapsulated PostScript File) The full name of an EPS file. It is used for EPS file extensions in non-DOS and Windows platforms that can handle more than three characters. See *EPS.*

**EPSI** (Encapsulated PostScript Interchange) A bitmap format used as a preview image in an EPS file. It contains only 7-bit ASCII data. It has been used in DOS applications that do not support TIFF, WMF and PICT formats. See *EPS.*

**Epson emulation** Compatible with Epson dot-matrix printers. The command set in the Epson MX, RX and FX printers has become an industry standard. Useful codes are

| ASCII VALUE | COMMAND |
|---|---|
| 12 | Form feed |
| 27 48 | 8 LPI |
| 27 50 | 6 LPI |
| 15 | Condensed on |
| 18 | Condensed off |
| 27 81 1 | Double width on |
| 27 81 0 | Double width off |
| 27 69 | Emphasized on |
| 27 70 | Emphasized off |
| 27 83 1 | Subscript on |
| 27 83 0 | Superscript on |
| 27 84 | Sub/super off |
| 27 45 1 | Underline on |
| 27 45 0 | Underline off |

**EPSS** (Electronic Performance Support System) A computer system that provides quick assistance and information without requiring prior training to use it. It may incorporate all forms of multimedia delivery, as well as AI techniques such as expert systems and natural language recognition.

**EQ** (EQual to) See *relational operator.*

**fixed wireless** Refers to point-to-point transmission through the air between stationary devices. Contrast with *mobile wireless.*

**FJ connector** Panduit's brand name for its Fiber Jack connector. It also uses the Opti-Jack brand. See *Fiber Jack.*

**FK** See *foreign key.*

**Fkey** (Function KEY) A Macintosh command sequence using CMD, SHIFT and OPTION key combinations. For example, Fkey 1 (CMD-SHIFT 1) ejects the internal floppy.

**F keys** See *function keys.*

**flag** **(1)** In communications, a code in the transmitted message which indicates that the following characters are a control code and not data.

**(2)** In programming, a "yes/no" indicator built into certain hardware or created and controlled by the programmer.

**(3)** A UNIX command line argument. The symbol is a dash. For example, in the command **head -15 filex**, which prints the first 15 lines of the file FILEX, the **-15** flag modifies the Head command.

**(4)** To identify an element of data or a process by embedding a code (flag) in it.

**flagging** Identifying data or a process by embedding a code (flag) in it. See *flag.*

**flame** To communicate emotionally via e-mail. Just as people might differ about what is polite behavior and what is not, whether an e-mail message is flaming is also in the eye of the beholder. Vulgar cursing would definitely be flaming, however. See *netiquette* and *holy war.*

**flame bait** A subject posted to an Internet newsgroup that is designed to produce an emotional reaction and start a flame war.

**flame war** In an Internet newsgroup, an ongoing tirade of contrasting opinions about a topic.

**flapping** A condition in which a route in a network becomes unavailable and available over and over again. See *route dampening.*

**Flash** Animation software for Windows and the Mac from Macromedia. It is used to develop interactive graphics for Web sites, as well as desktop presentations and games. Flash sequences on the Web are displayed by a Web browser plug-in and offline presentations are run by a Flash player that can be included on a floppy or CD-ROM. Flash is used to draw vector-based graphics in one or more timelines that provide a sequential path for describing actions and interactions. See also *flash memory.*

**flash adapter** See *flash card adapter.*

**flash BIOS** A PC BIOS that is stored in flash memory rather than in a ROM. A flash BIOS chip can be updated in place, whereas a ROM BIOS must be replaced with a newer chip. See *BIOS.*

**flash card** A small module that contains flash memory such as a PC Card, CompactFlash, SmartMedia or similar format. Contrast with *socket flash.* See *flash memory* for a variety of flash card formats.

**flash card adapter** A device that enables flash memory cards to be read without specialized drives. PC Card adapters for all the major flash media are widely available for laptops, and floppy-based adapters are used for desktop machines that do not have PC Card readers.




**Laptop Adapter**
PC Card adapters are widely available to adapt CompactFlash, SmartMedia and other flash memory modules to a laptop's PC Card slot. This adapter is for SmartMedia.

**flash crowd** An unexpected surge in visitors to a Web site, which is typically because of some newsworthy event that just took place. It may also be due to the announcement of a new service or free software download.

**flash disk** A solid state disk made of flash memory chips. Flash disks are housed in Type II PC Cards for laptops, but handhelds and digital cameras use smaller flash memory cards such as CompactFlash and SmartMedia. See *flash memory* and *solid state disk.*

**flash fusing** See *fusing*.

**flash memory** A memory chip that can be rewritten and hold its content without power. It is also called a "flash RAM" or "flash ROM" chip and is widely used for digital camera film and as storage for many consumer and industrial applications. Flash chips replaced earlier ROM BIOS chips in a PC so that the BIOS could be updated in place instead of being replaced. Flash chips generally have lifespans from 100K to 300K write cycles.

Unlike DRAM and SRAM memory chips, in which a single byte can be written, flash memory must be erased and written in fixed blocks, typically ranging from 512 bytes up to 256KB. Evolving out of the EEPROM chip technology, which can be erased in place, flash memory is less expensive and more dense. The term was coined by Toshiba for its ability to be erased "in a flash."

Flash memory chips are conveniently packaged as "flash cards" and come in several formats, including the full-size PC Card (ATA PC Card) and the smaller CompactFlash, SmartMedia and similar formats.

There are two types of flash interfaces. The first is the ATA interface, which has the same 512-byte block size as the standard hard disk sector. The second is the earlier linear flash, which is also used to execute a program directly from the chip (XIP). It requires Flash Translation Layer (FTL) or Flash File System (FFS) software to make it look like a disk drive. See *CompactFlash, SmartMedia* and *Memory Stick.* See also *Flash.*

**Flash Memory Cards**




Flash memory cards have become very popular storage devices.

Type II PC Cards provide auxiliary storage for laptops, but the CompactFlash, SmartMedia and Memory Stick cards are expected to become the digital film of the 21st century.

The MultiMediaCard is designed for the smallest handhelds such as cellular phones and pagers.

**FlashPix** A bitmapped-graphics file format that maintains the image in several resolutions. It uses more storage space than a comparable TIFF file, but when viewed by a Web browser, only the resoultion required for the current screen resolution is transmitted, saving download time. FlashPix files use the .FPX extension and conform to Microsoft's structured storage format which provides multiple "streams" within the file. Descriptive text may also be stored in an FPX file that identifies the image and how it was photographed or scanned.




**Digital Film**
Flash memory cards make the perfect digital camera "film." This Canon Elph uses CompactFlash.

**flat address space** A memory that is addressed starting with 0. Each susequent byte is referenced by the next sequential number (0, 1, 2, 3, etc.) all the way to the end of memory. Except for PCs, which are based on the Intel CPU architecture, most computers use a flat address space.

A PC running in 16-bit mode (Real Mode) uses a segmented address space. Memory is broken up into 64KB segments, and a segment register always points to the base of the segment that is currently being addressed. The PC's 32-bit mode is considered a flat address space, but it too uses segments. Since one 32-bit segment addresses 4GB, one segment covers all of memory.