IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

PAXAR, INCORPORATED,

Plaintiff,

vs. Case No. 03-CV-142

ZEBRA TECHNOLOGIES,

Defendant.

TRANSCRIPT OF PROCEEDINGS
JULY 15, 2004
MARKMAN HEARING

In the above-captioned cause, before the Honorable Walter Herbert Rice, District Judge.

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:

Michael Krumholtz, Esq.
James Hafertepe, Esq.
Joseph Grass, Esq.
Sandra Frantzen, Esq.
Jean Kuelper, Esq, Esq.

ON BEHALF OF THE DEFENDANT:

Noel Elfant, Esq.
William Mynhier, Esq.
Douglas Kline, Esq.
Richard Myrus, Esq.
Larry Barbiere, Esq.

memory and those various types include ROM, PROM, EPROM, and EEPROM. And Mano defines those read-only memories as -- the first one, ROM, refers to it as a non-user programmable read-only memory. That type of memory you only get the information in it by the manufacturer, like Intel manufactures ROMs and only Intel can get the information in there because they are non-user programmable.

The second type of read-only memory is PROM, programmable read-only memory. That is an acronym for programmable read-only memory. And that memory, the user can program, but because it's non-erasable, that memory is not read programmable, a user cannot change it.

The third memory that's described in Mano is EPROM, which, again, is defined as erasable programmable read-only memory. And finally the last memory that Mano describes is referred to as EEPROM or some people call it double EPROM, but what that refers to and what that defines is a electrically erasable programmable, again, read-only memory.

Now, Zebra's construction adds a definition. Their construction, a nonvolatile

In the brief, it seemed like they were saying that this was not -- that this EEPROM, although it is defined in Mano as electrically erasable programmable read-only memory, I believe they are saying this memory is not a read-only memory.

Now, the Zebra's construction of read-only memory also excludes the EPROM. EPROM, again, is erasable programmable read-only memory. EPROM, Zebra admits at page 18 of their brief, can be reprogrammed.

In the treatise or dictionary used by electrical engineers McGraw-Hills Electronics Dictionary, EPROM is defined as -- states EPROM is rewritten electrical -- electrically. To an electrical engineer, which I am one, that means that it's written to by a microprocessor. EPROM, it also states in Exhibit 12, entitled Nonvolatile Memories at page 195, that EPROM is electrically programmable read-only memory.

And then in the final exhibit, Exhibit 14, which is Microcomputer Based Design at page 168, states: EPROM is written into almost exactly as if it were RAM. And Zebra admits that RAM can be written into by the

but that programming is done not by the labeler or the computer or whatever system, your wristwatch that the chip is in, it's done by a special device known as a PROM programmer.

When you don't like that PROM anymore you take it out, you throw it away. It can be programmed once just like it's a circuit breaker in your house, if you have an old house, you might have fuses, when they blow out, you have to take them out and go to the hardware store and buy new ones. So these PROMs are to be programmed by the user, but can only be programmed one time.

What the inventors went on to describe as -- no, can you back up? As another type of memory that can define operations in a fixed manner is one that can only be changed by replacing a memory, PROM or ROM, or by removing the memory from the labeler for reprogramming and reinserting the reprogrammed memory back into a labeler. That's EPROM. That's a programmable read-only memory chip that you can take out of the device, you can put it onto a PROM program -- well, pardon me -- first you have to erase it and how do you erase it? By

shining it underneath ultraviolet light. The circuits are not purely electrical in the fashion we might have in mind. It's a little wire that you can blow out. There are some circuit that can be blown out to represent a zero, but when you shine it under ultraviolet light, it causes the circuit to come back together and you can effectively erase the data and come up with a chip that's all ones again, it's erasable, using UV light, you put it into a PROM programmer.

So now it's outside of the device it was being used in. You put it into a PROM programmer and you burn different fuses to create a type of ROM chip that has a new data configuration and then you put it back into your computer.

So now we're going to see this -- well, this is the first, right? Go back to the other one. Okay.

That's one piece of prior art, Your Honor. It's a piece of -- it's a labeler that has a read-only memory which means read-only, programmable read-only memory or erasable, programmable read-only memory and it's fixed.

some of these terms. The Mano reference that Zebra relies on quite heavily is a reference designed to computer engineering. I certainly think when we read the specification, you can see from the party's arguments, they generally agree these are computer terms of art that we're using. Fixed storage is a storage device that stores data not alterable by computer instructions.

We have another definition of -- can you go back? What you'll see down there, it says see only/read-only storage, which directly relates to terms used in the patent. And you go to read-only storage and it says fixed storage. So again it's data -- storage device, storage data, not alterable by computer instructions.

Again, I'll stop repeating this, but I want to say it one more time, what does not alterable by computer instructions mean? It means the computer chip that is being used in its memory, cannot write to that memory.

Yes, in the event that it's PROM, there is a separate device that's part of the manufacturing process or EPROM, it is a separate device, you can take it out, you can shine a

light on it to erase it and you can reprogram it using a PROM programmer, but it can't be altered by the computer or the labeler that it's being used in.

Again, when we're back here, fixed, that ordinary definition of fixed, which is not subject to change or fluctuation, it is consistent with the way the inventors use the term in the patent, they talk about prior art, the stored labelers in a fixed manner. That is the manner of storing information by which they can't change it. If you want to change it, you have to take it out, erase it and reprogram it.

So the next term is memory means for storing software routines. As counsel pointed out, I certainly agree that paragraph section 112 of the patent statute, paragraph six enables a patent applicant to claim certain portions of their technology as a means-plus-function. When a claim is made in a means-plus-function form, you identify the structure in the patent identified for performing that function and the claim should be construed to cover the structure disclosed and its equivalents.

into the device in which I intend to use it, and if I grow tired of it, I take it out and I throw it away.

Now, EPROM is programmed in the same fashion, data is fixed into it, akin to a stone tablet by a PROM programmer, it cannot be written to while in use. I install it into my labeler or my computer. I decide that I want to reprogram it, I have to remove it from the device, I shine it under UV light, which returns all of the connections to ones. It reestablishes all of the connections and you can see we're grinding off the top of the stone tablet. And then I put it back, I put the same EPROM, which has been erased, into a PROM programmer and I burn data to it in a different fashion from its original program and then I can use that same EPROM back into my original device and it now includes a new set of operations because I have reprogrammed it using a PROM programmer.

So there are advantages to EPROM, Your Honor, and EPROM is disclosed in the '624 patent family, but again it is disclosed and made clear what we're talking about is a device

that you remove from the system that you're using it in. You erase it and then you reprogram it.

And there's certainly no definition in the patent, no explanation in the patent in the file wrap that differs from that in any manner to Zebra's construction of ROM as a memory -- nonvolatile memory that can be read but not written to by the microprocessor is entirely consistent with everything disclosed in the patent. It's well supported by the various treatises that we identified what its ordinary meaning would be and we advocate that's the position that the Court adopts.

Very briefly on random-access memory, I don't think we need to spend a lot of time on that. There's a discussion in the brief about programmable memory. There's some discussion about random-access memory. Those terms are used in the claims, frankly, to the extent there is a disagreement between the parties, it's semantics. I would direct the Court to the briefs and let it choose. I don't think it's good use of our time here today.

Next, command routines, we've

couldn't say that the read-only memory is preferably an EPROM because the narrow -- you couldn't say a device is both a non-user programmable read-only memory and an EPROM which is programmable read-only memory and is user programmable read-only memory. That sentence right from the spec would make no sense at all.

So the term used is read-only memory to refer to a class and was never intended to exclude any one.

Now, we know that, again, their definition of ROM that they kept talking about -- and all their animation showed was it cannot be altered, it cannot be altered, it cannot be written to a microprocessor, is wrong because -- Mike, could we have '624 slide 20 -- because Zebra admits at page 18 of their brief, EPROM can be reprogrammed. It can be altered. So their position that it cannot be altered is false.

Moreover, the reason I kept saying their animation was not supported by any treatises, it is because Exhibit 13, McGraw Hill's Electronics Dictionary, what does that say? It's rewritten electrically.

EPROM -- and Exhibit 12, nonvolatile memories. What does that say? EPROM is electrically programmable. EPROM, the last quote, EPROM is -- this is interesting in view of their animation, which says you write and program an EPROM completely differently than a random-access memory.

And this treatise, Microcomputer Based Design, Exhibit 14, the treatise says, EPROM is written into almost exactly as if it were RAM. And again Zebra admits RAM can be written to by a microprocessor. Their position is completely inaccurate and completely contradicted by all of the authoritative treaties.

Now, also, their definition -- Mike, could we please have slide -- I believe it's 19.

Now, one of the -- clearly, a read-only memory to one of ordinary skill in the art, when your read-only memory, again, independent objective source, Mano, for read-only memories, electrically erasable, programmable read-only memory, and they -- their definition excludes it, excludes it because